UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                              Plaintiff,<br><br>v.<br><br>ACCESS COMPANIES, LLC, and ACCESS DESTINATION SERVICES, LLC,<br><br>                              Defendants. | Case No.: 3:20-cv-01234-BEN-BLM<br><br>**ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION FOR JUDGMENT DEBTOR EXAM**<br><br>**[ECF No. 20]** |

Before the Court is Plaintiff U.S. Bank National Corporation's ("Plaintiff") *ex parte* application for a judgment debtor examination. ECF No. 20. Plaintiff requests that the Court order third party East West to appear for examination and produce certain documents, to help Plaintiff identify and locate assets of judgment debtors Access Companies LLC and Access Destination Services. *Id*. at 2–3. Upon consideration of the motion and the written submissions before the Court, including the declaration regarding the third party and judgment debtors' financial relationship, the *ex parte* application is **GRANTED IN PART** as follows:

1. Third party East West shall appear for a judgment debtor examination through one or more officers, directors, managing agents, or other persons who are familiar with and knowledgeable about Access Companies LLC and Access Destination Services LLC's (collectively, "Access") property, receivables, and assets, on **December 15, 2020** at **9:00 a.m.** *via Zoom or equivalent video technology*,[1] to furnish information to aid in enforcement of a money judgment by answering questions about Access's property, receivables, and assets. In addition, on or before **December 8, 2020**, East West shall also produce documents identified in the Declaration of Peter E. Masaitis filed as Exhibit B to Plaintiff's *ex parte* Application for Judgment Debtor Exam (ECF No. 20-1 at 8–17). To facilitate the Court swearing in the judgment debtor before the examination, Plaintiff shall provide the Court (via email at efile_goddard@casd.uscourts.gov) the sign in link for the videoconference by **December 10, 2020**.

2. Plaintiff is instructed to serve a copy of its *ex parte* application (ECF No. 20), the Declaration of Peter E. Masaitis (ECF No. 20-1 at 1–3), Exhibit A (ECF No. 20-1 at 4–6), Exhibit B (ECF No. 20-1 at 7–17), and this Order on third party East West no later than twenty (20) days prior to the examination.

**IT IS SO ORDERED.**

Dated: November 19, 2020

Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] Should Plaintiff prefer to conduct the debtor examination of East West in person rather than by videoconference, in light of the current COVID-19 public emergency, Plaintiff's request is **denied** until the Court can accommodate in person appearances.