1
2
3
4
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                  **SOUTHERN DISTRICT OF CALIFORNIA**
10                      **COUNTY OF SAN DIEGO**
11

| | |
|---|---|
| 12  U.S. BANK NATIONAL ASSOCIATION, a national bank, | Case No.: 3:20-cv-01234-BEN-BLM |
| 13            Plaintiff, | |
| 14       v. | **ORDER APPROVING THIRD STIPULATION TO CONTINUE EAST WEST BANK'S JUDGMENT DEBTOR EXAM** |
| 15  ACCESS COMPANIES, LLC, a Delaware company; and ACCESS DESTINATION SERVICES, LLC, a Delaware company. | |
| 16 | |
| 17            Defendants. | **DKT. NO. 34** |
| 18 | |
| 19 | |

20
21
22
23
24
25
26
27
28

Having considered the *Third Stipulation to Continue East West Bank's Judgment Debtor Exam* (the "**Third Stipulation**") by and between U.S. Bank National Association ("**Plaintiff**" or "**Judgment Creditor**") and East West Bank ("**East West**"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Third Stipulation is approved in its entirety;

2. Upon entry of an order confirming this Stipulation, the judgment debtor examination of third party East West is postponed to **March 10, 2021** at **10:00 a.m.**, *via Zoom or equivalent video technology*; and

3. To facilitate the Court swearing in East West before the examination, Plaintiff shall provide the Court (via email at cvb@casd.uscourts.gov) the sign in link for the videoconference by **March 5, 2021**.

**IT IS SO ORDERED.**

Date: February 19, 2021

_____
Honorable Daniel E. Butcher
United States Magistrate Judge